IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| SANTINA M. RICCI, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 5:11cv00081 |
| v. | ) |
| | ) |
| MICHAEL J. ASTRUE, | ) By: Michael F. Urbanski |
| Commissioner of Social Security, | ) United States District Judge |
| | ) |
| Defendant. | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** and **ADJUDGED** that the plaintiff's motion for summary judgment (Docket # 8) is **GRANTED**, that the Commissioner's motion for summary judgment (Docket # 12) is **DENIED**, that the this case is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further consideration consistent with the accompanying Memorandum Opinion, and that this matter is **STRICKEN** from the active docket of the court.

It is **SO ORDERED**.

Entered: January 31, 2013

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge